No. 03–10512. FURQUHARSEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–10513. DEHGHANI v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10515. ESPINOZA v. CITY OF FORT WORTH, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 03–10517. FLEMING v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

. No. 03–10519. GOODSON v. BROWN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10521. MCNEAL v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. Sup. Ct. Mo. Certiorari denied.

No. 03–10523. NARAGON v. LEE, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–10528. ROGERS v. ADAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10533. BOYD v. HALL, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

·No. 03–10534. JOHNSON v. SCRIBNER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10536. WHITWORTH v. PRICE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10538. WATSON v. PLILER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–10540. JOHNSON v. DELLATIFA ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–10542. PEREZ-REYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.